| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☒ Addressee<br>MRS. S. BELLAMY<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Coldwater Creek<br>150 S. Perry St<br>mntg, AL<br><br>ter Creek, Inc.<br>C Lawyers Incorporating SRV Inc<br>Perry Street<br>mery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below<br><br>RECEIVED 2007 SEP -6 A 9:56 2:07cv790<br>DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DIST. ALA<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0000 1377 7464 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |