IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA BEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | |
| ) | 2:07-CV-790-MNT |
| COLDWATER CREEK, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND THE TIME TO ANSWER THE COMPLAINT**

NOW COME the parties in the above referenced matter, by and through their counsel, requesting that the time to Answer the Complaint be extended from September 25, 2007 to October 12, 2007. No party will be prejudiced if this Motion is granted.

Done this the 17th day of September, 2007.

Respectfully submitted,

s/ Andy Nelms
ANDY NELMS
Attorney for Plaintiff

LAW OFFICES OF JAY LEWIS, LLC
847 South McDonough Street, Ste 100
Montgomery, Alabama 36104

s/ Fern H. Singer
FERN H. SINGER
Attorney for Defendant

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203