IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA BEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | |
| ) | 2:07-CV-790-MNT |
| COLDWATER CREEK, INC., ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Coldwater Creek, Inc., is a nongovernmental corporate party and makes the following required disclosures:

1. Coldwater Creek, Inc. does not have a parent corporation or publicly held corporation that holds 10% or more of its stock.

2. Coldwater Creek, Inc. is a publicly traded Company on the NASDAQ Stock Exchange and trades under the symbol "CWTR."

Respectfully submitted,

s/ Fern H. Singer
FERN H. SINGER
Attorney for Defendant

**OF COUNSEL**:
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480 - Phone
(205) 488-3801 - Fax

## Certificate of Service

    I certify that the foregoing has been served upon the following counsel of record via electronic filing by depositing a copy thereof in the United States mail, properly addressed and postage prepaid, this 18th day of September 2007.

Andy Nelms. Esquire
LAW OFFICES OF JAY LEWIS, LLC
847 South McDonough Street, Ste 100
Montgomery, Alabama 36104


                                        s/ Fern H. Singer
                                        Of Counsel