IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LINDA BEARD, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv790-MHT |
| ) | |
| COLDWATER CREEK, INC., ) | |
| etc., ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the joint motion to extend time to answer (Doc. No. 5) is granted.

DONE, this the 19th day of September, 2007.

                              /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**