IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LINDA BEARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | |
| ) | **2:07-CV-790-MNT** |
| **COLDWATER CREEK, INC.,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned and enters his appearance as additional counsel of record for Defendant, Coldwater Creek, Inc.

/s/ Hans P. Schmidt
HANS P. SCHMIDT (SCH109)
Attorney for Defendant
Coldwater Creek, Inc.

**OF COUNSEL**:
**BAKER, DONELSON, BEARMAN,**
  **CALDWELL & BERKOWITZ, P.C.**
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
(205) 250-8324 - Phone
(205) 488-3724 - Fax

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel of record via electronic on this 12th day of October 2007.

Andy Nelms. Esquire
LAW OFFICES OF JAY LEWIS, LLC
847 South McDonough Street, Ste 100
Montgomery, Alabama 36104

/s/ Hans P. Schmidt
Of Counsel