IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LINDA BEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.:2:07-CV-00790-MHT |
| ) | |
| COLD WATER CREEK INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH CERTIFICATION OF FILER**

COME NOW, the Parties, by and through their respective counsel, and stipulate, pursuant to *Rule 41 of the Federal Rules of Civil Procedure*, that this action and all claims alleged in the Complaint are hereby dismissed, with prejudice. Pursuant to Administrative Procedure II.C.3, the filer of this Joint Stipulation of Dismissal, Fern Singer, certifies that she has the express permission and agreement of all parties to affix their respective signature and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

WHEREFORE, THE PREMISES CONSIDERED, the Parties respectfully request that this Honorable Court enter an Order dismissing this action and all claims alleged in the Complaint, with prejudice, and each party to bear their respective costs.

RESPECTFULLY SUBMITTED this 13th day of June, 2008.

| | |
|---|---|
| K. Anderson Nelms, Attorney for Plaintiff | Fern H. Singer, Attorney For Defendant |
| Anderson Nelms & Associates, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. |
| 2005 Cobbs Ford Road, Suite 301A | 420 North 20th Street, Suite 1600 |
| Prattville, AL 36066 | Birmingham, Alabama 35203-5202 |
| (334) 351-1770 Telephone | (205) 244-3801 Telephone |
| (334) 351-1774 Facsimile | (205) 488-3801 Facsimile |
| andynelms@andersonnelms.com | fsinger@bakerdonelson.com |
| ASB-6972-E63K | ASB-0061-I67F |